IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          **CAUSE NO. 1:18-CR-52-LG-RHW-1**

**FREDERICK ARAYATANON**

## ORDER

**BEFORE THE COURT** is the [42] Motion Requesting Copy of Voir Dire Transcript filed by the defendant, Frederick Arayatanon, requesting the Court to provide him his "voir dire transcripts – jury selection." (Def.'s Mot., ECF No. 83). Defendant seeks the transcripts to "exercise [his] due process rights on appeal." *Id.* Defendant appealed the Court's [52] Judgment on April 11, 2019.[1] Defendant sent multiple requests for various transcripts throughout his trial, which the Court denied. (*See* Mots. For Transcripts, ECF No. 40, 47, 54; *see also* Tr. Request, ECF No. 62). He has since sent more requests. (*See* Tr. Request, ECF No. 64; *see also* Letters, ECF Nos. 74, 76, 77, 83).

The Court's Judgment was affirmed by the Fifth Circuit (*see* U.S.C.A. Order, ECF No. 85), but was later recalled in light of the Order granting the Defendant an extension of time to file a petition for rehearing. (*See* U.S.C.A. Letter from Clerk, ECF No. 86). On January 11, 2021, the Fifth Circuit permitted Defendant's counsel

---

[1] The record reflects that Defendant was found guilty by a jury of conspiracy to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). The Court sentenced Defendant to life imprisonment, five years' supervised release, a $10,000 fine with interest waived, and a special assessment of $100.

to withdraw, thus leaving Defendant to proceed *pro se* on rehearing.  (*See* U.S.C.A. Order, No. 19-60233, ECF No. 82).  On January 28, 2021, the Fifth Circuit subsequently denied Defendant's voir dire and jury selection transcript request. (*See* U.S.C.A., No. 19-60233, Docket No. 150).  As such, in accordance with the Fifth Circuit's ruling, the Court hereby finds that Defendant's request for voir dire transcripts should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [42] Motion Requesting Copy of Voir Dire Transcript filed by the defendant, Frederick Arayatanon, is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 9th day of March, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE